THE STATE V. J. TERRY.

The penalty for unlawfully retailing spirituous liquors is, by the Act of August 15, 1870, imposed only on the non-payment of the occupation tax, and not, as formerly, upon the failure to obtain license. Indictments must allege that the defendant, without having paid the tax, did sell, etc.

APPEAL from San Jacinto. Tried below before the Hon. J. R. Burnett.

The appellee was indicted for having sold spirituous liquor in a quantity less than a quart, "without first having obtained license therefor." Numerous exceptions were taken to it, and were sustained by the court below.

*W. Alexander, Attorney General*, for the State.

No brief for the appellee.

EVANS, P. J.—The indictment in this case is fatally defective, in not having stated that the defendant, without having paid the tax, did sell, etc.

By Section 121 of the act for assessment and collection of taxes, approved August 15, 1870, the penalty attaches only on the non-payment of the occupation tax, and not upon the failure to obtain the license, as was the case under the former laws.

Judgment is therefore affirmed.

AFFIRMED.